

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00228-CR

**EX PARTE** Miguel Angel **COLORADO NEVAREZ**

From the County Court, Kinney County, Texas
Trial Court No. 11354CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025

_____
Irene Rios, Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.